# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 25, 2011

Mr. David Anthony Stebbins
Apt. 5
1407 N. Spring Road
Harrison, AR 72601

      RE: 11-2583 David Stebbins v. Wal-Mart Stores Arkansas

Dear Sir:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

      Please contact us if you have any questions about the case.

                                Michael E. Gans
                                Clerk of Court

PSA

Enclosure(s)

cc:     Mr. Christopher R. Johnson
         Mr. Jeffrey L. Spillyards

       District Court/Agency Case Number(s): 3:10-cv-03086-RTD

Caption For Case Number: 11-2583

David Anthony Stebbins

        Plaintiff - Appellant

v.

Wal-Mart Stores Arkansas, LLC, also known as Wal-Mart Stores, Inc.

        Defendant - Appellee

**Addresses For Case Participants:   11-2583**

Mr. David Anthony Stebbins
Apt. 5
1407 N. Spring Road
Harrison, AR  72601

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
35 E. Mountain Street
Suite 510
Fayetteville, AR  72701-5354

Mr. Jeffrey L. Spillyards
MITCHELL & WILLIAMS
425 W. Capitol Avenue
Suite 1800
LIttle Rock, AR  72201