# U. S. District Court
# Western District of Arkansas (Harrison)
# CIVIL DOCKET FOR CASE #: 3:10−cv−03086−RTD
*Internal Use Only*

| | |
|---|---|
| Stebbins v. Wal−Mart Stores, Inc. | Date Filed: 09/14/2010 |
| Assigned to: Honorable Robert T. Dawson | Jury Demand: None |
| Case in other court: 8th Circuit Court of Appeals, 11−01966 | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 28:794 Rehabilitation Act | Jurisdiction: Federal Question |

**Plaintiff**

**David Stebbins**     represented by     **David Stebbins**
1407 N. Spring Rd.
Apt #5
Harrison, AR 72601
870−204−6024
PRO SE

V.

**Defendant**

**Wal−Mart Stores Arkansas LLC**     represented by     **Jeffrey L. Spillyards**
*also known as*
Wal−Mart Stores, Inc.
Mitchell, Williams, Selig, Gates
&Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201
(501) 688−8800
Fax: (501) 688−8807
Email: jspillyards@mwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/14/2010 | 1 | | COMPLAINT against Wal−Mart Stores, Inc., filed by David Stebbins.(lw) (Entered: 09/14/2010) |
| 09/14/2010 | 2 | | MOTION for Leave to Proceed in forma pauperis and MOTION for Service by David Stebbins. (lw) (Entered: 09/14/2010) |
| 09/14/2010 | | | MOTIONS REFERRED: 2 MOTION for Leave to Proceed in forma pauperis MOTION for Service. Motions referred to Honorable Erin L. Setser.(lw) (Entered: 09/14/2010) |
| 09/14/2010 | 3 | | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Further, plaintiff is advised that he has an |

| | | | |
|---|---|---|---|
| | | | obligation to keep the Court informed of any changes in his address. If he fails to do so and the Court receives returned mail, the case will be subject to dismissal. Signed by Honorable Erin L. Setser on September 14, 2010. (lw) (Entered: 09/14/2010) |
| 09/14/2010 | | | MOTIONS REFERRED: 2 MOTION for Service. Motions referred to Honorable James R. Marschewski.(lw) (Entered: 09/14/2010) |
| 10/01/2010 | 4 | | MOTION to Amend 1 Complaint by David Stebbins. (jas) (Entered: 10/01/2010) |
| 10/07/2010 | 5 | | ORDER granting 4 Motion to Amend. Plaintiff is directed to file his amended complaint within (10) days. Signed by Honorable Robert T. Dawson on October 7, 2010. (lw) (Entered: 10/07/2010) |
| 10/15/2010 | 6 | | AMENDED COMPLAINT as to 1 Complaint against Wal−Mart Stores, Inc., filed by David Stebbins. (lw) Modified on 10/15/2010 to edit document (lw). (Entered: 10/15/2010) |
| 10/27/2010 | 7 | | ORDER granting 2 Motion for Service and DIRECTING SERVICE on Wal−Mart Stores, Inc. Defendant is to answer within 21 days from the date of service. Signed by Honorable James R. Marschewski on October 27, 2010. (cc: U.S. Marshals Service−Certified)(lw) (Entered: 10/27/2010) |
| 10/27/2010 | | | (1) USM−285 Form Delivered to USMS re 7 Order on Motion for Service. (lw) (Entered: 10/27/2010) |
| 11/04/2010 | 8 | | MOTION to Appoint Counsel by David Stebbins. (sh) (Entered: 11/04/2010) |
| 11/04/2010 | 9 | | ***DISREGARD SEE DOCUMENT 8 *** MOTION to Appoint Counsel by David Stebbins. (sh) Modified on 11/5/2010 to add text (lw). (Entered: 11/04/2010) |
| 11/04/2010 | | | TEXT ONLY ORDER REFERRING MOTIONS: 9 MOTION to Appoint Counsel filed by David Stebbins, 8 MOTION to Appoint Counsel filed by David Stebbins referred to United States Magistrate Judge Erin L. Setser for disposition or recommendation, whichever is appropriate. Signed by Honorable Robert T. Dawson on November 4, 2010. (ke) (Entered: 11/04/2010) |
| 11/04/2010 | | | TEXT ONLY MOTION for Service by David Stebbins. See Document 8 . (lw) (Entered: 11/05/2010) |
| 11/04/2010 | | | MOTIONS REFERRED: MOTION for Service. See Text only Order dated 11/4/10. Motions referred to Honorable Erin L. Setser.(lw) (Entered: 11/05/2010) |
| 11/12/2010 | 10 | | SUMMONS Returned Executed by David Stebbins. Wal−Mart Stores, Inc. served on 10/29/2010, answer due |

Appellate Case: 11-2583     Page: 2     Date Filed: 07/25/2011 Entry ID: 3810766

| | | | |
|---|---|---|---|
| | | | 11/19/2010. (Attachments: #1 Green Card)(lw) (Entered: 11/12/2010) |
| 11/15/2010 | 11 | | MOTION for Declaratory Judgment by David Stebbins. (lw) (Entered: 11/15/2010) |
| 11/16/2010 | 12 | | MOTION to Withdraw 11 MOTION for Declaratory Judgment by David Stebbins. (lw) (Entered: 11/17/2010) |
| 11/16/2010 | 13 | | ORDER REFERRING MOTION: 11 MOTION for Declaratory Judgment filed by David Stebbins. Signed by Honorable Robert T. Dawson on November 16, 2010. Motions referred to Erin L. Setser.(lw) (Entered: 11/17/2010) |
| 11/17/2010 | | | MOTIONS REFERRED: 12 MOTION to Withdraw 11 MOTION for Declaratory Judgment. Motions referred to Honorable Erin L. Setser per chambers.(lw) (Entered: 11/17/2010) |
| 11/17/2010 | 14 | | *Answer to Plaintiff's Original Complaint and* ANSWER to 6 Amended Complaint by Wal–Mart Stores, Inc..(Spillyards, Jeffrey) (Entered: 11/17/2010) |
| 11/17/2010 | | | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Defendant Wal–Mart Stores, Inc. Answer to Amended Complaint 14 lists multiple attorneys appearing for the filer. The following attorneys, who did not sign the pleading, must enter a separate Notice of Appearance in order to receive electronic notification of future activity in the case: **Marshall Ney and Kathlyn Graves**. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED. (lw) (Entered: 11/18/2010) |
| 01/05/2011 | 15 | | ORDER finding the matters should be consolidated for all future purposes, including trial and all future pleadings shall be filed under one case number, Case No. 10–3086, and Case No. 10–3123 is dismissed. Signed by Honorable Robert T. Dawson on January 5, 2011. Associated Cases: 3:10–cv–03123–RTD(rw) (Entered: 01/05/2011) |
| 01/07/2011 | 16 | | INITIAL SCHEDULING ORDER: Rule 26(f) Conference to be held by 2/21/2011. Rule 26(f) Meeting Report due by 3/18/2011. Bench Trial set for the week of 12/19/2011 in Harrison –– 2nd flr (Rm 231) before Honorable Robert T. Dawson. Signed by Honorable Robert T. Dawson on January 7, 2011. (ke) (Entered: 01/07/2011) |
| 02/15/2011 | 17 | | Suggestion in Support of Motion to Confirm Arbitration Award by David Stebbins. (src) (Entered: 02/15/2011) |
| 02/15/2011 | 18 | | Letter from Clerk to Mr. Stebbins regarding filing. (src) (Entered: 02/15/2011) |
| 02/18/2011 | 19 | | MOTION to Correct Judicial Error by David Stebbins. |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Amended Complaint/Motion to Confirm Arbitration Award, # 2 Letter from Spillyards)(src) (Entered: 02/18/2011) |
| 02/22/2011 | | | TEXT ONLY ORDER REFERRING MOTION: 19 MOTION to Amend/Correct filed by David Stebbins. Signed by Honorable Robert T. Dawson on February 22, 2011. Motions referred to Erin L. Setser.(ms) (Entered: 02/22/2011) |
| 02/22/2011 | 20 | | RENEWED MOTION to Confirm Arbitration Award re 19 MOTION to Amend/Correct by David Stebbins. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(jas) (Entered: 02/22/2011) |
| 02/22/2011 | | | TEXT ONLY ORDER REFERRING MOTION: 20 MOTION Renew Motion to Confirm Arbitration Award re 19 MOTION to Amend/Correct filed by David Stebbins. Signed by Honorable Robert T. Dawson on February 22, 2011. Motions referred to Erin L. Setser.(ms) (Entered: 02/22/2011) |
| 02/23/2011 | 21 | | MOTION for ECF and pacer account by David Stebbins. (rw) (Entered: 02/23/2011) |
| 02/28/2011 | 22 | | MOTION for Partial Summary Judgment *Related to Arbitration Claim* by Wal−Mart Stores, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Spillyards, Jeffrey) (Entered: 02/28/2011) |
| 02/28/2011 | 23 | | MEMORANDUM BRIEF in Support of 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim* by Wal−Mart Stores, Inc.. (Spillyards, Jeffrey) (Entered: 02/28/2011) |
| 02/28/2011 | 24 | | STATEMENT OF FACTS in support of 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim* by Wal−Mart Stores, Inc.. (Spillyards, Jeffrey) (Entered: 02/28/2011) |
| 02/28/2011 | | | TEXT ONLY ORDER REFERRING MOTION: 21 MOTION for ECF and pacer account filed by David Stebbins, 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim* filed by Wal−Mart Stores, Inc.. Signed by Honorable Robert T. Dawson on February 28, 2011. Motions referred to Erin L. Setser.(ms) (Entered: 02/28/2011) |
| 03/01/2011 | | | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Defendant Wal−Mart Stores, Inc.. Motion for Partial Summary Judgment 22 lists multiple attorneys appearing for the filer. The following attorney(s), who did not sign the pleading, must enter a separate Notice of Appearance in order to receive electronic notification of |

| | | | |
|---|---|---|---|
| | | | future activity in the case: **Marshall Ney, Katheryn Graves**. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED. (sh) (Entered: 03/01/2011) |
| 03/01/2011 | 25 | | RESPONSE to Motion re 20 MOTION Renew Motion to Confirm Arbitration Award re 19 MOTION to Amend/Correct *and Incorporated Brief in Support* filed by Wal−Mart Stores, Inc.. (Spillyards, Jeffrey) (Entered: 03/01/2011) |
| 03/03/2011 | 26 | | RESPONSE in Opposition re 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim* filed by David Stebbins. (src) (Entered: 03/03/2011) |
| 03/04/2011 | 27 | | SUPPLEMENT by Plaintiff David Stebbins to 26 Response in Opposition to Motion. (src) (Entered: 03/04/2011) |
| 03/08/2011 | 28 | | REPLY to Response to Motion re 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim* filed by Wal−Mart Stores, Inc.. (Spillyards, Jeffrey) (Entered: 03/08/2011) |
| 03/10/2011 | 29 | | REPLY to Defendants' Suggestion, re 23 Memorandum Brief in Support, by David Stebbins. (lw) (Entered: 03/10/2011) |
| 03/10/2011 | 30 | | REPLY to Defendants' Suggestion in Support by David Stebbins re 23 Memorandum Brief in Support. (lw) (Entered: 03/10/2011) |
| 03/15/2011 | 31 | | SUPPLEMENT by Defendant Wal−Mart Stores, Inc. to 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim*. (Attachments: # 1 Exhibit A−Letter from David Stebbins)(Spillyards, Jeffrey) (Entered: 03/15/2011) |
| 03/18/2011 | 32 | | REPLY by David Stebbins re 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim*. (lw) (Entered: 03/18/2011) |
| 03/18/2011 | 33 | | REPORT of Rule 26(f) Planning Meeting by Wal−Mart Stores, Inc.. (Attachments: # 1 Exhibit A−Letter to Mr. Stebbins, # 2 Exhibit B−Letter from Mr. Stebbins)(Spillyards, Jeffrey) (Entered: 03/18/2011) |
| 03/21/2011 | 34 | | Second REPLY to Response to Motion re 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim* filed by David Stebbins. (src) (Entered: 03/21/2011) |
| 04/11/2011 | 35 | | Suggestion in Support of Motion to Confirm Arbitration Award by David Stebbins (src) (Entered: 04/11/2011) |
| 04/11/2011 | 36 | | Withdrawal of 35 Suggestion in Support of Motion to Confirm Arbitration Award by David Stebbins (src) (Entered: 04/11/2011) |
| 04/12/2011 | 37 | | |

| | | | |
|---|---|---|---|
| | | | ORDER; directing clerk to note proper name of defendant on the docket sheet. Signed by Honorable Erin L. Setser on April 12, 2011. (lw) (Entered: 04/12/2011) |
| 04/12/2011 | 38 | | ORDER denying 8 Motion to Appoint Counsel ; withdrawing 11 Motion for Declaratory Judgment; granting 12 Motion to Withdraw Motion; denying as moot 19 Motion to amend/correct; denying 21 Motion for ECF Account. Signed by Honorable Erin L. Setser on April 12, 2011. (src) (Entered: 04/12/2011) |
| 04/14/2011 | 39 | | REPORT AND RECOMMENDATIONS re 20 MOTION Renew Motion to Confirm Arbitration Award re 19 MOTION to Amend/Correct filed by David Stebbins, 22 MOTION for Partial Summary Judgment *Related to Arbitration Claim* filed by Wal–Mart Stores, Inc. Objections to RRdue by 5/2/2011. Signed by Honorable Erin L. Setser on April 14, 2011. (lw) Modified on 4/15/2011 to edit Judge(lw). (Entered: 04/14/2011) |
| 04/18/2011 | 40 | | OBJECTION to 39 Report and Recommendations by David Stebbins. (Attachments: # 1 Exhibit A Walmart.com page, # 2 Exhibit B Message board)(src) (Entered: 04/18/2011) |
| 04/20/2011 | 41 | | ORDER adopting 39 Report and Recommendations in its entirety. Further denying 20 Renewed Motion to Confirm Arbitration Award; granting 22 Motion for Partial Summary Judgment Related to Arbitration Claim. Signed by Honorable Robert T. Dawson on April 20, 2011. (lw) (Entered: 04/20/2011) |
| 04/20/2011 | 42 | | SUPPLEMENT by Plaintiff David Stebbins to 40 Objection to Report and Recommendations. (src) (Entered: 04/20/2011) |
| 04/21/2011 | 43 | | Suggestion in Support of 20 MOTION Renew Motion to Confirm Arbitration Award re 19 MOTION to Amend/Correct by David Stebbins. (src) (Entered: 04/21/2011) |
| 04/26/2011 | 44 | | MOTION for Reconsideration re 41 Order on Report and Recommendations, Order on Motion for Miscellaneous Relief, Order on Motion for Partial Summary Judgment by David Stebbins. (src) (Entered: 04/26/2011) |
| 04/26/2011 | 45 | | MEMORANDUM BRIEF in Support of 44 MOTION for Reconsideration re 41 Order on Report and Recommendations by David Stebbins. (Attachments: # 1 Exhibit A)(src) (Entered: 04/26/2011) |
| 04/29/2011 | 46 | | MOTION to Confirm Arbitration Award by David Stebbins. (src) (Entered: 04/29/2011) |
| 04/29/2011 | 47 | | MEMORANDUM BRIEF in Support of 46 MOTION to Confirm Arbitration Award by David Stebbins. (src) |

| | | | |
|---|---|---|---|
| | | | (Entered: 04/29/2011) |
| 04/29/2011 | 48 | | NOTICE OF APPEAL as to 41 Order on Report and Recommendations, Order on Motion for Miscellaneous Relief, Order on Motion for Partial Summary Judgment by David Stebbins. (cc via CM/ECF: Jeffrey L. Spillyards, via U.S. Postal Service: David Stebbins) (Attachments: # 1 Motion and Affidavit for Permission to Appeal In Forma Pauperis, previous IFP granted 9/14/10)(lw) (Entered: 04/29/2011) |
| 04/29/2011 | 49 | | APPEAL NOTICE to Counsel and Pro Se Parties re 48 Notice of Appeal, filed by David Stebbins. (lw) (Entered: 04/29/2011) |
| 04/29/2011 | 50 | | NOA SUPPLEMENT FORM re 48 Notice of Appeal, filed by David Stebbins. (lw) (Entered: 04/29/2011) |
| 05/02/2011 | 51 | | Suggestion in Support of 46 MOTION to Confirm Arbitration Award, and 44 MOTION for Reconsideration by David Stebbins. (lw) (Entered: 05/02/2011) |
| 05/03/2011 | 52 | | USCA Case Number 11−1966, 8th Circuit Court of Appeals for 48 Notice of Appeal, filed by David Stebbins. (lw) (Entered: 05/03/2011) |
| 05/04/2011 | 53 | | ORDER of USCA requesting any portions of the original record which are not available in an electronic format through PACER be submitted within 10 days. There are no documents to send. (jn) (Entered: 05/04/2011) |
| 05/10/2011 | 54 | | RESPONSE in Opposition re 46 MOTION to Confirm Arbitration Award *Response in Opposition to Plaintiff's Petition to Confirm Arbitration Award and Incorporation of Wal−Mart's Previously Filed Motion for Partial Summary Judgment* filed by Wal−Mart Stores Arkansas LLC. (Attachments: # 1 Exhibit 1)(Spillyards, Jeffrey) (Entered: 05/10/2011) |
| 05/13/2011 | 55 | | MOTION for Summary Judgment by Wal−Mart Stores Arkansas LLC. (Attachments: # 1 Exhibit 1−Part 1, # 2 Exhibit 1−Part 2)(Spillyards, Jeffrey) (Entered: 05/13/2011) |
| 05/13/2011 | 56 | | MEMORANDUM BRIEF in Support of 55 MOTION for Summary Judgment by Wal−Mart Stores Arkansas LLC. (Spillyards, Jeffrey) (Entered: 05/13/2011) |
| 05/13/2011 | 57 | | STATEMENT OF FACTS in support of 55 MOTION for Summary Judgment *Statement of Undisputed Facts in Support of Wal−Mart's Motion for Summary Judgment* by Wal−Mart Stores Arkansas LLC. (Spillyards, Jeffrey) (Entered: 05/13/2011) |
| 05/16/2011 | 58 | | MOTION to Strike 54 Response in Opposition to Motion, by David Stebbins. (src) (Entered: 05/16/2011) |

| | | | |
|---|---|---|---|
| 05/16/2011 | 59 | | MEMORANDUM BRIEF in Support of 58 MOTION to Strike 54 Response in Opposition to Motion, by David Stebbins. (src) (Entered: 05/16/2011) |
| 05/16/2011 | 60 | | SUPPLEMENT by Plaintiff David Stebbins to 44 MOTION for Reconsideration re 41 Order on Report and Recommendations, Order on Motion for Miscellaneous Relief, Order on Motion for Partial Summary Judgment. (src) (Entered: 05/16/2011) |
| 05/16/2011 | 61 | | Reply Suggestion to 46 MOTION to Confirm Arbitration Award. (src) (Entered: 05/16/2011) |
| 05/18/2011 | 62 | | RESPONSE to Motion re 55 MOTION for Summary Judgment filed by David Stebbins. (tg) (Entered: 05/18/2011) |
| 05/23/2011 | 63 | | REPLY to Response to Motion re 55 MOTION for Summary Judgment *Reply in Support of Wal–Mart's Motion for Summary Judgment* filed by Wal–Mart Stores Arkansas LLC. (Spillyards, Jeffrey) (Entered: 05/23/2011) |
| 06/07/2011 | 64 | | SUPPLEMENT by Plaintiff David Stebbins to 46 MOTION to Confirm Arbitration Award, 44 MOTION for Reconsideration re 41 Order on Report and Recommendations, Order on Motion for Miscellaneous Relief, Order on Motion for Partial Summary Judgment. (lw) (Entered: 06/07/2011) |
| 07/19/2011 | 65 | 9 | ORDER denying 44 Motion for Reconsideration ; denying 46 Petition to Confirm Arbitration Award; and denying 58 Motion to Strike. Signed by Honorable Robert T. Dawson on July 19, 2011. (lw) (Entered: 07/19/2011) |
| 07/20/2011 | 66 | | MANDATE of USCA dismissing for lack of jurisdiction 48 Notice of Appeal, filed by David Stebbins (Attachments: # 1 USCA Judgment, # 2 USCA Letter)(jn) (Entered: 07/20/2011) |
| 07/22/2011 | 67 | 11 | NOTICE OF APPEAL as to 65 Order on Motion for Reconsideration, Order on Motion for Miscellaneous Relief, Order on Motion to Strike by David Stebbins. (cc via CM/ECF: Jeffrey L. Spillyards, via U.S. Postal Service: David Stebbins ) (Attachments: # 1 Motion and Affidavit for Permission to Appeal In Forma Pauperis, previous IFP granted 9/14/10)(lw) (Entered: 07/22/2011) |
| 07/22/2011 | 68 | | APPEAL NOTICE to Counsel and Pro Se Parties re 67 Notice of Appeal, filed by David Stebbins. (lw) (Entered: 07/22/2011) |
| 07/22/2011 | 69 | 18 | NOA SUPPLEMENT FORM re 67 Notice of Appeal, filed by David Stebbins. (lw) (Entered: 07/22/2011) |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                              PLAINTIFF

v.                         Case No. 10-3086

WAL-MART STORES ARKANSAS, LLC                               DEFENDANT

## ORDER

Now on this 19th day of July 2011, there comes on for consideration Plaintiff's Supplement to Objection to Report and Recommendation (doc. 42), Suggestion in Support of Motion to Confirm Arbitration Award (doc. 43), Motion for Reconsideration and Brief (docs. 44-45), Petition to Confirm Arbitration Award and Brief (docs. 46-47), Suggestion in Support of Second Motion to Confirm Arbitration Award and Suggestion Support of Motion for Reconsideration of First Motion to Confirm Arbitration Award (doc. 51), Defendant's Response in Opposition to Plaintiff's Petition to Confirm Arbitration Award (doc. 54), Plaintiff's Motion to Strike Defendant's Response and Brief (docs. 58-59), Plaintiff's Supplement to Motion for Reconsideration (doc. 60), Plaintiff's Reply Suggestion to Motion to Confirm Arbitration Award (doc. 61), and Plaintiff's Supplement to Motions for Reconsideration and Second Motion to Confirm Arbitration Award (doc. 64).

On April 14, 2011, the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas, issued a report and recommendation (doc. 39) recommending that Plaintiff's

Motion to Confirm Arbitration (doc. 20) be denied and Defendant's Motion for Summary Judgment as to the arbitration claim (doc. 22) be granted. On April 20, 2011, after considering Plaintiff's objections and reviewing the case *de novo*, this Court adopted the report and recommendation (doc. 41).

Despite the fact that Plaintiff's various filings are untimely and frivolous, the Court has again reviewed this case *de novo* and, being well and sufficiently advised, finds its Order (doc. 41) adopting the report and recommendation, denying Plaintiff's Renewed Motion to Confirm Arbitration Award (doc. 20) and granting Defendant's Motion for Partial Summary Judgment Related to Arbitration Claim (doc. 22) was proper. Despite the fact that Plaintiff contends a second agreement to arbitrate exists between himself and Defendant, this argument fails for the same reasons previously recited in the report and recommendation and adopted by this Court. Accordingly, Plaintiff's Motion for Reconsideration (doc. 44), Petition to Confirm Arbitration Award (doc. 46), and Motion to Strike Defendant's Response (doc. 58) are DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

FILED
JUL 22 2011
CHRIS R. JOHNSON, CLERK
DEPUTY CLERK

DAVID STEBBINS     PLAINTIFF

vs.     Case No. 10-3086

WAL-MART STORES, INC.     DEFENDANTS

## NOTICE OF APPEAL

Comes now Plaintiff David Stebbins, who respectfully submits the following notice of appeal of the District Court order #65.

It is so notified, this 20th day of July, 2011.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

## CERTIFICATE OF SERVICE

I, Plaintiff David Stebbins, hereby certify that a true and correct copy of my notice of appeal was served on Jeffrey Spillyards, attorney for the Defense, by faxing a copy thereof to 501-688-8807 on the 20th day of July, 2011.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com



U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 22 2011

CHRIS R. JOHNSON, CLERK

_____
DEPUTY CLERK

## Motion and Affidavit for Permission
## to Appeal In Forma Pauperis

David Stebbins

Appeal No. _____
District Court or Agency No. 10-3086

v.

Wal-Mart Stores, Inc.

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: *David Stebbins*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 07-20-2011

---

**My issues on appeal are:**

The District Court erred in refusing to confirm the arbitration awards

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $____ | $0 | $____ |
| Self-employment | $0 | $____ | $0 | $____ |
| Income from real property (such as rental income) | $0 | $____ | $0 | $____ |
| Interest and dividends | $0 | $____ | $0 | $____ |
| Gifts | $0 | $____ | $0 | $____ |
| Alimony | $0 | $____ | $0 | $____ |

-1-

| | | | | |
|---|---|---|---|---|
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 674 | $ | $ 674 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): see p.5 | $ 25 | $ | $ 0 | $ |
| Total monthly income: | $ 699 | $ | $ 674 | $ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Reliable Heat & Air, LL | 584 Animal Safari Rd, Bra | 05/2009 to 06/2009 | $880 |
| Wendy's | 915 HWY 65, Harrison, AR | 06/2008 to 07/2008 | $500 |
| Wendy's | 2050 N College Ave. Fayett | 04/2008 to 05/2008 | $400 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ 125.43
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| First Federal Bank | checking | $ 125.43 | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

I only have two real "assets." One is my car, which is worth $1,750 in mint condition (which it is not in) and the other is my computer, which is worth about $300.

| Home (Value) | Other real estate (Value) | Motor vehicle #1 (Value) |
|---|---|---|
| no assets | | Make & year: |
| | 50 | Model: |
| | | Registration #: |

| Motor vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: | | |
| Model: | | |
| Registration #: | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| no debtors | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| no dependents | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $200 | $ |
| Are real-estate taxes included? ☑ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☑ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $30 | $ |
| Home maintenance (repairs and upkeep) | $0 | $ |
| Food | $200 | $ |
| Clothing | $20 | $ |

-3-

| | | |
|---|---|---|
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 50 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 30 | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ |
|     Homeowner's or renter's | $ | $ |
|     Life | $ | $ |
|     Health | $ | $ |
|     Motor Vehicle | $ | $ |
|     Other: _____ | $ 0 | $ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): _____ | $ 0 | $ |
| Installment payments | | |
|     Motor Vehicle | $ | $ |
|     Credit card (name): _____ | $ | $ |
|     Department Store (name): _____ | $ | $ |
|     Other: student loan | $ 30 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify): _____ | $ | $ |
| **Total monthly expenses:** | $ | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes   ☑ No       If yes, describe on an attached sheet.

-4-

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☑ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes ☑ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

The "other" income is actually a lump sum of $300 paid as a settlement for Case No. 10-3041 in the Western District of Arkansas.

*13. State the address of your legal residence.*

1407 N Spring Rd, APT #5

Harrison, AR 72601

Your daytime phone number: ( 870 ) 204-6024

Your age: 22      Your years of schooling: 15

Your social-security number: ***-**-4148

−5−

# NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case)

United States District Court - Western District of Arkansas - Harrison Division

Civil Case no.3:10CV3086; David Stebbins v. Wal-Mart, Inc.

| | | |
|---|---|---|
| Financial Status: Fee Paid? | Yes ___ | No _X_ |
| If NO, has IFP been granted? | Yes _X_ | No ___ |
| Is there a pending motion for IFP? | Yes ___ | No _X_ |
| Are there any other post - judgment motions? | Yes _X_ | No ___ |

Please identify the court reporter.

    If no court reporter, please check  _X_

    Name  _____

    Address  _____

_____  Telephone Number  _____

**Criminal cases only:**

    Is the defendant incarcerated?  Yes _____  No _____

Please list all other defendants in this case, if there were multiple defendants.

_____

**Special Comments**:  _____

_____